United States District Court
Southern District of Texas
**ENTERED**
July 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHANNING ALLEN § § Plaintiff. § § VS. § W&T OFFSHORE, INC.; § W&T ENERGY VI, LLC; and STABIL § DRILL SPECIALTIES, LLC § § Defendants. § | CIVIL ACTION NO. 3:18–CV–00305 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Dkt. 36. On June 4, 2019, Defendants W&T Offshore, Inc.'s and W&T Energy VI, LLC's Motion to Compel Arbitration and to Dismiss or Abate (Dkt. 24) was referred to Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 30. On July 1, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 35) recommending that Defendants W&T Offshore, Inc.'s and W&T Energy VI, LLC's Motion to Compel Arbitration and to Dismiss or Abate (Dkt. 24) be **GRANTED**.

On July 15, 2019, Plaintiff filed his Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may

"accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 35) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendants W&T Offshore, Inc.'s and W&T Energy VI, LLC's Motion to Compel Arbitration and to Dismiss or Abate (Dkt. 24) is **GRANTED**; and

(3) Defendants W&T Offshore, Inc. and W&T Energy VI, LLC are **DISMISSED** from the case with prejudice.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 16th day of July, 2019.

_____
George C. Hanks Jr.
United States District Judge