UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHANNING ALLEN | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00305 |
| | § | |
| W&T OFFSHORE, INC.; | § | |
| W&T ENERGY VI, LLC; and STABIL | § | |
| DRILL SPECIALTIES, LLC | § | |
| | § | |
| Defendants. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Before the Court is U.S. Magistrate Judge Andrew M. Edison's Memorandum and Recommendation (Dkt. 49) recommending that Defendant Stabil Drill Specialties, LLC's Motion to Compel Arbitration, Stay During the Pendency of This Motion, and to Dismiss (Dkt. 42.) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 49) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant Stabil Drill Specialties, LLC's Motion to Compel Arbitration, Stay During the Pendency of This Motion, and to Dismiss (Dkt. 42.) is **GRANTED**; and

(3) Defendant Stabil Drill Specialties, LLC is **DISMISSED** from the case with prejudice.

It is so **ORDERED**.

SIGNED and ENTERED this 20th day of December, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE